**SEALED BY ORDER OF COURT**

**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | RE: | SUZIE MOY YUEN |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 06-00238 JW |

**FILED APR 14 2006**

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Hien T. Nguyen | 408-535-5027 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

RE:   **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. *The defendant shall maintain current employment or if unemployed, shall seek and maintain verifiable employment*

B. *The defendant shall participate in mental health counseling as directed by Pretrial Services if or when unable to obtain counseling due to lack of financial ability.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_Patricia V. Trumbull_              4/14/06
**JUDICIAL OFFICER**                  **DATE**