1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

**FILED**

APR 25 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 06-00238-JW |
| v. | ) | [~~PROPOSED~~] ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER |
| SUZIE MOY YUEN, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the Federal Public Defender's Office is appointed to represent Suzie Moy Yuen. *This order is subject to reimbursement or contribution orders at the end of the case. PVT*

Dated: April 25, 2006

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge