1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant YUEN

**FILED**

**JUL 1 4 2006**

RICHARD W.
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,       )    No. CR 06-00238 JW

11           Plaintiff,          )

12   v.                             )    **STIPULATION AND [PROPOSED]**

13                                 )    **ORDER TO CONTINUE STATUS DATE**

14   SUZIE MOY YUEN,          )

15           Defendant.       )

16      Assistant United States Attorney Carlos Singh and defendant, Suzie Moy Yuen, through

17 her counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the

18 status date in the above-captioned matter, presently scheduled for Monday, July 17, 2006, should

19 be continued to Monday, September 25, 2006, at 1:30 p.m.

20      The parties stipulate and agree that the status date should be continued because counsel

21 for Ms. Yuen needs additional time to investigate this case and to collect other records before

22 advising Ms. Yuen as to whether or not she should file motions, enter a plea or proceed to trial.

23 Also, counsel for Ms. Yuen plans to request additional discovery from the government and

24 government counsel needs time to decide what, if anything, it will agree to produce.

25      The parties further stipulate and agree to continue the status date in this case because a

26 Rule 15 deposition of the alleged victim in this case is scheduled to take place next month—on

August 14 and August 15, 2006.

1    Finally, the parties stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

2   the ends of justice served by the continuance requested outweigh the best interest of the

3   defendant and public in a speedy trial because the failure to grant such a continuance would

4   unreasonably deny Ms. Yuen continuity of counsel and the time necessary for effective

5   preparation, taking into account the exercise of due diligence.

6

7   Dated: July 13, 2006                          _____/s/_____
                                                   ANGELA M. HANSEN
8                                                  Assistant Federal Public Defender

9

10   Dated: July 13, 2006                         _____/s/_____
                                                   CARLOS SINGH
11                                                 Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**FILED**

**JUL 1 4 2006**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00238 JW |
| Plaintiff, | [PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |
| v. | |
| SUZIE MOY YUEN, | |
| Defendant. | |

The parties have jointly requested to continue the status date set for July 17, 2006 to

September 25, 2006, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status

date presently set is continued to September 25, 2006, at 1:30 p.m.  Pursuant to the parties'

stipulation, IT IS FURTHER ORDERED that the period of time from July 17 through and

including September 25, 2006, shall be excluded from the period of time within which trial must

commence under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: July 14, 2006

James Ware
JAMES WARE
United States District Judge

3

1   Distribute to:

2

3   Angela Hansen
    Assistant Federal Public Defender
    160 West Santa Clara Street, Suite 575
4   San Jose, CA 95113
    Counsel for Defendant
5
    Carlos Singh
6   Assistant United States Attorney
    150 Almaden Blvd., Suite 900
7   San Jose, CA 95113
    Counsel for the United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4