FILED
AUG 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: CR 06-0238 JW (PVT) |
| Plaintiff,  ) | **ORDER GRANTING DEFENDANT'S MOTION TO UNSEAL THE INDICTMENT** |
| v.  ) | |
| SUZIE MOY YUEN,  ) | |
| Defendant.  ) | |

In this case Suzie Moy Yuen is charged in an indictment with violations of 18 USC sections 1341 and 1346, Mail Fraud, and 26 USC section 7206(1), False Tax Return. The Court ordered that the indictment remain under seal and a redacted version, hiding the name of the alleged victim, be placed in the public record. The original unredacted indictment was placed in a sealed file. On August 21, 2006, this matter came before the court for status and a defense motion to unseal the portions of the indictment revealing the alleged victim's name.

The United States has opposed the motion and argues that the indictment should continue to be sealed pursuant to 18 U.S.C. section 3771, Crime Victims Rights, specifically section (a)(8) "The right to be treated with fairness and with respect for the victim's dignity and privacy."

As a practical matter, the United States, the defendant and other participants in recent motion work have not been scrupulous about the redaction of the victim's name.

ORDER, *page 1*

Accordingly, in the interest of justice, it is HEREBY ORDERED that the defendant's motion to unseal the indictment is granted.

Dated: 8/22/06

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge