IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00238 JW (PVT) |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER MODIFYING |
| v. ) | CONDITIONS OF PRETRIAL |
| ) | RELEASE FOR TRAVEL |
| SUZIE MOY YUEN, ) | The Hon. Patricia V. Trumbull |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on April 11, 2006 are hereby modified to permit Ms. Susie Moy Yuen, to travel to Bellevue, Idaho on August 25, 2006 through August 28, 2006.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: August 23, 2006

PATRICIA V. TRUMBULL
United States Magistrate Judge

3

Distribute to:

Ms. Angela M. Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Mr. Carlos Singh
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States

Ms. Michelle Nero
U.S. Pretrial Officer
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102

4