1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>SUZIE MOY YUEN,<br><br>              Defendant. | No. CR 06-00238 JW (PVT)<br><br>~~[PROPOSED]~~ **ORDER MODIFYING**<br>**CONDITIONS OF PRETRIAL**<br>**RELEASE FOR TRAVEL**<br><br>**The Hon. Patricia V. Trumbull** |

16

        GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on

April 11, 2006 are hereby modified to permit Ms. Susie Moy Yuen, to travel to Bellevue, Idaho

on October 4 , 2006 through October 9, 2006.

        IT IS FURTHER ORDERED that all other conditions of release shall remain in full force

and effect.

Dated: September 20, 2006

PATRICIA V. TRUMBULL
United States Magistrate Judge

24

25

26

1    Distribute to:

2

3    Ms. Angela M. Hansen
     Assistant Federal Public Defender
     160 West Santa Clara Street, Suite 575
4    San Jose, CA 95113
     Counsel for Defendant

5

6    Mr. Carlos Singh
     Assistant United States Attorney
     150 Almaden Blvd., Suite 900
7    San Jose, CA 95113
     Counsel for the United States

8

9    Ms. Michelle Nero
     U.S. Pretrial Officer
     450 Golden Gate Avenue, 18th Floor
10   San Francisco, CA 94102

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4