BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defenders
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone: (408) 291-7753

Counsel for Defendant YUEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SUZIE MOY YUEN,<br><br>        Defendant. | No. CR 06-00238-JW (PVT)<br><br>[PROPOSED] ORDER SHORTENING TIME FOR FILING SUZIE YUEN'S MOTION FOR PERMISSION TO TRAVEL OVER HOLIDAYS<br><br>**Hon. Patricia V. Trumbull** |

GOOD CAUSE APPEARING, upon application of defendant Suzie Yuen, it is hereby ordered that the Defendant's Motion for Permission to Travel Over Holidays shall be heard on Thursday, December 14, 2006 at 10:30 a.m.

IT IS SO ORDERED.

Date: December 6, 2006

_____
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

Distribute to:

Ms. Angela M. Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Mr. Carlos Singh
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States

Ms. Michelle Nero
U.S. Pretrial Officer
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102