IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUZIE MOY YUEN,<br><br>　　　　Defendant. | No. CR 06-00238 JW (PVT)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION AND MODIFYING CONDITIONS OF PRETRIAL RELEASE FOR TRAVEL<br><br>**The Hon. Patricia V. Trumbull** |

　　　On Defendant's Motion and GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on April 11, 2006 are hereby modified to permit Ms. Susie Moy Yuen to travel to Bellevue, Idaho on December 19, 2006 through January 2, 2007, provided she give her itinerary and the address and telephone number of the place where she will be staying to her Pretrial Services officer before December 18, 2006.

　　　IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: December 14, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Distribute to:

Ms. Angela M. Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Mr. Carlos Singh
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States

Ms. Michelle Nero
U.S. Pretrial Officer
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102