## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Patricia Trumbull<br>U.S. Magistrate Judge | **RE:** | SUZIE MOY YUEN |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 06-00238 JW |
| **DATE:** | December 13, 2006 | | |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Michelle Nero | 415-436-7513 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

**X** Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on Feb 1, 2007 at 9:30 AM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. The defendant shall be allowed to travel to the state of Idaho from 12/19/2006 through 1/2/2007

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____
_____

_Patricia V. Trumbull_                    12/14/06
**JUDICIAL OFFICER**                    **DATE**

Cover Sheet (12/03/02)