Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
mmcnamara@smhlegal.com

Gilbert Eisenberg, SBN 28900
LAW OFFICE OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 433-3476
Facsimile: (415) 296-8734
g.eisenberg@sbcglobal.net

Attorneys for Defendant SUZIE MOY YUEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SUZIE MOY YUEN, <br><br> Defendant. | Case No. CR 06-0238 JW <br><br> **MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT; ORDER THEREON** <br><br> Date: April 9, 2007 <br> Time: 1:30 p.m. <br> Court: Hon. James Ware, Ctrm. 8 |

TO: SCOTT SCHOOLS, UNITED STATES ATTORNEY AND TO CARLOS SINGH, ASSISTANT UNITED STATES ATTORNEY, AND TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that on April 9, 2007 at 1:30 p.m. or as soon as the matter may be heard, defendant Suzie Moy Yuen will and hereby does move to substitute Mary McNamara and Gilbert Eisenberg as counsel in place of Nicholas P. Humy of the Federal Defender's Office for all purposes in the above-captioned matter.

///

///

///

///

By this Notice of Substitution, Mary McNamara and Gilbert Eisenberg hereby request that all future court filings and correspondence be mailed to them at their addresses as listed in the caption.

Dated: April 3, 2007                                Respectfully submitted,

                                                      /s/
Mary McNamara
SWANSON McNAMARA & HALLER LLP
Counsel for SUZIE YUEN

                                                      /s/
Gilbert Eisenberg
LAW OFFICE OF GILBERT EISENBERG
Counsel for SUZIE YUEN

I agree to this substitution.

Dated: April 3, 2007                                          /s/
Nicolas P. Humy
Assistant Federal Public Defender
Former Counsel for SUZIE YUEN

I agree to this substitution.

Dated: April 3, 2007                                [signature page attached]
Suzie Yuen

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED THAT Mary McNamara and Gilbert Eisenberg are substituted for Nicolas P. Humy as the attorneys of record for defendant Suzie Yuen.

IT IS SO ORDERED.

Dated:   4/9/2007                                  _____
JAMES WARE
United States District Judge

By this Notice of Substitution, Mary McNamara and Gilbert Eisenberg hereby request that all future court filings and correspondence be mailed to them at their addresses as listed in the caption.

Dated: April 3, 2007

Respectfully submitted,

*[signature]*
Mary McNamara
SWANSON McNAMARA & HALLER LLP
Counsel for SUZIE YUEN

*[signature]*
Gilbert Eisenberg
LAW OFFICE OF GILBERT EISENBERG
Counsel for SUZIE YUEN

I agree to this substitution.

Dated: April 3, 2007

Nicolas P. Humy
Assistant Federal Public Defender
Former Counsel for SUZIE YUEN

I agree to this substitution.

Dated: April 3, 2007

*[signature]*
Suzie Yuen

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED THAT Mary McNamara and Gilbert Eisenberg are substituted for Nicholas P. Humy as the attorneys of record for defendant Suzie Yuen.

IT IS SO ORDERED.

Dated:

JAMES WARE
United States District Judge

2