IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>  v.<br><br>Suzie Moy Yuen,<br><br>        Defendant.<br>_____/ | NO. CR-06-00238 JW<br><br>**ORDER TO SHOW CAUSE WHY DECLARATIONS IN SUPPORT OF WITNESS' UNAVAILABILITY SHOULD NOT BE UNSEALED** |

On May 14, 2007, counsel for Theodore Rosenberg submitted an *in camera* and under seal declarations in support of his May 7 request that Rosenberg be declared unavailable for trial. On May 16, 2007, Defendant filed an application for an order allowing defense's *in camera* access to the declarations. In light of the application, the Court finds it appropriate for counsel for Theodore Rosenberg to appear and to show cause why the declarations from doctors regarding the physical status of Rosenberg should not be unsealed. The Court sets the hearing on the order to show cause for **June 4, 2007 at 1:30 p.m.**

All briefs in support of or in opposition to the Court's Order to Show Cause shall be filed no later than **May 31, 2007.**

Dated: May 24, 2007

                                                          JAMES WARE<br>
                                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Gilbert Eisenberg, g.eisenberg@sbcglobal.net
Mary McNamara, mmcnamara@swansonmcnamara.com
Carlos Singh, carlos.singh@usdoj.gov
Joseph A. Fazioli, joseph.fazioli@usdoj.gov
Tony West, TWest@mofo.com

**Dated:  May 24, 2007**                              **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California