SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 139549)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
JOSEPH FAZIOLI (ILSBN 6273413)
Assistant United States Attorneys

Attorney for Plaintiff
United States of America

   150 Almaden Blvd., Suite 900
   San Jose, California  95113
   Telephone: (408)  535-5065
   Fax: (408) 535-5066
   E-Mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>             Plaintiff, ) <br>     v. ) <br> ) <br> SUZIE MOY YUEN, ) <br>             Defendant ) <br> _____) | No. CR 06-00238-JW (PVT) <br><br> STIPULATION AND ORDER CONTINUING MOTION FILING DATES |

      The parties hereby stipulate to a continuance of the motion filing dates regarding T.R.'s Rule 15 deposition as they are entering into settlement negotiations and possible resolution of this case.

      Currently, the defense is scheduled to file its motion to exclude T.R.'s Rule 15 deposition by June 4, 2007.  The government's opposition is due on June 20, 2007 and the reply is due on June 29, 2007.  The hearing on this motion is scheduled almost a month later on July 23, 2007.

      The parties stipulate to a continuance of the motion to exclude T.R.'s deposition as follows: the defense motion will now be due on June 18, 2007; the government's opposition will be due on July 2, 2007; and reply, if any, will be due on July 9, 2007.  The hearing on the motion

STIPULATION AND ORDER
CONTINUING MOTION FILING DATES      1

1  will remain as currently scheduled on July 23, 2007. The amended schedule still provides the
2  Court with two weeks to consider the filings.
3      The stipulated schedule permits the parties to focus on possible resolution of the case. It
4  may also minimize time and effort spent on trial preparation time by the parties and the Court.

7      /S/        5/30/07           /S/        5/31/07
   Gilbert Eisenberg, Esq.    Date        Carlos Singh    Date
8  Counsel for Suzie M. Yuen        Assistant United States Attorney

11     /S/
   Mary McNamera, Esq.    Date        Joseph Fazioli    Date
   Counsel for Suzie M. Yuen        Assistant United States Attorney

14 **SO ORDERED**.

16 _____    Date: June 1, 2007
17 JAMES WARE
   United States District Judge

STIPULATION AND ORDER
CONTINUING MOTION FILING DATES    2