| | |
|---|---|
| 1 | TONY WEST (CA SBN 164151) |
| 2 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 3 | San Francisco, California  94105-2482<br>Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522<br>TWest@mofo.com |
| 5 | Attorneys for Victim/Witness |
| 6 | THEODORE ROSENBERG |

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No.   06-CR-00238-JW (PVT) |
| | Plaintiff, | [~~PROPOSED~~] ORDER REGARDING SEALED DOCUMENTS IN SUPPORT OF WITNESS' UNAVAILABILITY |
| | v. | |
| SUZIE MOY YUEN, | | Hearing Date:  June 4, 2007 |
| | Defendant. | Time:            1:30 p.m.<br>Courtroom:   8<br>Judge:            Hon. James Ware<br>Trial Date:     TBD |

On May 24, 2007, this Court issued an order to show cause as to why the medical declarations of Dr. Nellis Smith and Dr. Michael Jacobs, filed by third-party witness, Mr. Theodore Rosenberg, *in camera* and under seal, should not be unsealed.  On May 31, Mr. Rosenberg responded to the Court's order to show cause, requesting that his doctors' declarations remain sealed because they contain personal and private information.  Mr. Rosenberg is 98 years old and the declarations address his various chronic medical issues.  On May 30, Defendant, Ms. Suzie Moy Yuen, filed a supplemental submission to the Court's order to show cause stating that she had no objection to the Court's maintaining the current seal on the documents filed by Mr. Rosenberg.  In his May 31 response, Mr. Rosenberg represented that the Government likewise does not oppose maintaining the current seal.

Good cause having been shown, IT IS HEREBY ORDERED that the declarations of Dr. Nellis Smith and Dr. Michael Jacobs REMAIN UNDER SEAL and that the hearing on the order to show cause set for June 4, 2007 at 1:30 p.m. IS VACATED.

```
Counsel for Mr. Rosenberg shall serve copies of Mr. Nellis
Smith and Dr. Michael Jacobs' declarations to the Defendant
by Wednesday, June 6, 2007.

Dated:   June 1, 2007            _____
                                 United States District Judge
```

[PROPOSED] ORDER REGARDING SEALED DOCUMENTS IN SUPPORT OF WITNESS' UNAVAILABILITY      1
CASE NO. 06-CR-00238-JW
sf-2330558