Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
mmcnamara@smhlegal.com

Gilbert Eisenberg, SBN 28900
LAW OFFICE OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 433-3476
Facsimile: (415) 296-8734
g.eisenberg@sbcglobal.net

Attorneys for Defendant SUZIE MOY YUEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>      vs.<br>SUZIE MOY YUEN,<br><br>                    Defendant. | Case No. CR 06-0238 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FILING DATES** |

**STIPULATION**

The parties hereby stipulate to a further continuance of the motion filing dates regarding T.R.'s deposition as they are continuing settlement negotiations in this matter.

Currently, the defense is scheduled to file its motion to exclude T.R.'s Rule 15 deposition by June 18, 2007; the government's opposition is due on July 2; and the defendant's reply is due on July 9. The hearing on the motion is scheduled for July 23, 2007.

/ / /

/ / /

/ / /

/ / /

The parties stipulate to a continuance of the motion to exclude T.R.'s deposition as follows: the defense motion will now be due on June 25; the opposition will be due on July 9; and the reply, if any, will be due on July 16.

IT IS SO STIPULATED.

Dated: June 15, 2007                                    Respectfully submitted,

                                                        _____/s/_____
                                                        Mary McNamara
                                                        SWANSON McNAMARA & HALLER LLP
                                                        Counsel for SUZIE YUEN

Dated: June 15, 2007                                    _____/s/_____
                                                        Carlos Singh
                                                        Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   June 19, 2007                                  _____James Ware_____
                                                        James Ware
                                                        United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE
*United States v. Yuen*, CR 06-0238 JW                  2