Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
mmcnamara@smhlegal.com

Gilbert Eisenberg, SBN 28900
LAW OFFICE OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 433-3476
Facsimile: (415) 296-8734
g.eisenberg@sbcglobal.net

Attorneys for Defendant SUZIE MOY YUEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>SUZIE MOY YUEN,<br><br>            Defendant. | Case No. CR 06-0238 JW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE** |

**STIPULATION**

Defendant SUZIE MOY YUEN, by and through Mary McNamara, and witness T.R., by and through Ellen K. Eagen, hereby stipulate and agree as follows:

1)   A hearing on witness T.R.'s Motion to Quash and/or Modify Defendant's Subpoena Duces Tecum is currently scheduled for June 21, 2007 at 9:30 a.m.

///
///
///
///
///

2) The parties request that the hearing on this motion be continued until August 9, 2007 at 11:00 a.m.

IT IS SO STIPULATED.

Dated: June 14, 2007

Respectfully submitted,

/s/
Mary McNamara
SWANSON McNAMARA & HALLER LLP
Counsel for SUZIE YUEN

Dated: June 14, 2007

/s/
Ellen K. Eagen
MORRISON & FOERSTER LLP
Counsel for Witness T.R.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 6/16/07

Hon. Patricia Trumbull