*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
mmcnamara@smhlegal.com

Gilbert Eisenberg, SBN 28900
LAW OFFICE OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 433-3476
Facsimile: (415) 296-8734
g.eisenberg@sbcglobal.net

Attorneys for Defendant SUZIE MOY YUEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>SUZIE MOY YUEN,<br><br>Defendant. | Case No. CR 06-0238 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING & MOTION FILING DATES** |

**STIPULATION**

The parties currently are engaged in on-going settlement discussions in an effort to dispose of the above-referenced matter without need of trial. Twice previously, the parties have sought, and have been granted permission to extend the filing dates on the defense motion to exclude T.R.'s Rule 15 deposition. In light of the pendency of fruitful settlement discussions, the parties now make a final request to continue the hearing date and the filing dates on the motion to exclude T.R.'s deposition.

Currently, the hearing date on the motion is July 23, 2007 and the defense is scheduled to file its motion to exclude T.R.'s Rule 15 deposition by June 25, 2007; the government's opposition is due on July 9; and the defendant's reply is due on July 16.

The parties seek a continuance of the hearing to August 13, 2007, which is a date already

1  scheduled before the court for trial setting. Working back from the new requested date, the parties
2  request the following briefing schedule on the motion to exclude T.R.'s deposition: the defense motion
3  will now be due on July 16, the opposition will be due on July 30; and the reply, if any, will be due on
4  August 6, 2007.
5       IT IS SO STIPULATED.

6
   Dated: June 15, 2007
7                                              _____/s/_____
                                               Mary McNamara
8                                              SWANSON McNAMARA & HALLER LLP
                                               Counsel for SUZIE YUEN
9

10 Dated: June 15, 2007                         _____/s/_____
                                               Carlos Singh
11                                             Assistant United States Attorney

12
                                   **ORDER**
13
       Pursuant to stipulation, IT IS SO ORDERED.
14     This is the parties' final continuance.
   Dated:                                      _____
15     July 2, 2007                             James Ware
                                               United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE
*United States v. Yuen*, CR 06-0238 JW              2