1  Mary McNamara, SBN 147131
   SWANSON McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4  mmcnamara@smhlegal.com

5  Gilbert Eisenberg, SBN 28900
   LAW OFFICE OF GILBERT EISENBERG
6  400 Montgomery Street, Suite 200
   San Francisco, CA 94104
7  Telephone: (415) 433-3476
   Facsimile: (415) 296-8734
8  g.eisenberg@sbcglobal.net

9  Attorneys for Defendant SUZIE MOY YUEN

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,          Case No. CR 06-0238 JW

15              Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER CONTINUING HEARING DATE
            vs.
16
    SUZIE MOY YUEN,
17
                Defendant.
18
                              **STIPULATION**
19
        Defendant SUZIE MOY YUEN, by and through Mary McNamara, and witness T.R., by and
20
    through his attorney Tony West, hereby stipulate and agree as follows:
21
        1)    A hearing on witness T.R.'s Motion to Quash and/or Modify Defendant's Subpoena
22
    Duces Tecum is currently scheduled for August 9, 2007 at 11:00 a.m.
23
    / / /
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28

1    2)    The parties request that the hearing on this motion be continued until September 6 at 9:30

2    a.m.

3        IT IS SO STIPULATED.

4    Dated: August 8, 2007                          Respectfully submitted,

5
                                                    /s/
6                                                   MARY McNAMARA
                                                    Swanson, McNamara & Haller LLP
7                                                   Counsel for SUZIE YUEN

8    Dated: August 8, 2007                          /s/
9                                                   TONY WEST
                                                    Morrison & Foerster LLP
10                                                  Counsel for Witness T.R.

11

12

13                            **ORDER**

14        Pursuant to stipulation, IT IS SO ORDERED.

15   Dated: 8/8/07

                                                    HON. PATRICIA TRUMBULL

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP. AND [PROPOSED] ORDER TO CONTINUE**
*United States v. Yuen*, CR 06-0238 JW                    **2**