SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CABN 202121)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
JOSEPH FAZIOLI (ILSBN 6273413)
Assistant United States Attorneys

Attorney for Plaintiff
United States of America

   150 Almaden Blvd., Suite 900
   San Jose, California  95113
   Telephone: (408) 535-5065
   Fax: (408) 535-5066
   E-Mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00238-JW (PVT) |
| )  Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING AUGUST 13, 2007 STATUS HEARING |
| SUZIE MOY YUEN, ) | |
| )  Defendant ) | |
| _____) | |

     The parties hereby stipulate to a continuance of the August 13, 2007 status hearing to August 27, 2007 at 1:30pm for the following reasons: (1) The parties believe they are close to reaching a possible disposition of the case and need the additional time to determine whether the case can settle, and (2) government counsel will be unavailable the week of August 13, 2007.

///

///

///

STIPULATION AND ORDER
CONTINUING STATUS HEARING               1

The parties further stipulated to an exclusion of time from August 13 to August 27, 2007, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B) (effective preparation, unavailability of counsel and interest of justice).

_____/s/_____8/7/07\_\_  
Gilbert Eisenberg, Esq.          Date  
Counsel for Suzie M. Yuen

_____/s/_____8/8/07\_\_\_  
Carlos Singh             Date  
Assistant United States Attorney

_____/s/_____8/7/07\_  
Mary McNamara, Esq.          Date  
Counsel for Suzie M. Yuen

**SO ORDERED**. The Motion Hearing re Witness Deposition for trial and Further Final Pretrial Conference set for 8/13/2007 at 1:30 PM is continued to 8/20/2007 at 1:30 PM.

August 10, 2007

_____  
JAMES WARE  
United States District Judge