1  TONY WEST (CA SBN 164151)
   MORRISON & FOERSTER LLP
2  425 Market Street
   San Francisco, California 94105-2482
3  Telephone: 415.268.7000
   Facsimile: 415.268.7522
4  TWest@mofo.com

5  Attorneys for Victim/Witness T.R.

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,        | Case No.   06-CR-00238-JW (PVT)
13 |            Plaintiff,            | STIPULATION AND [PROPOSED]
   |                                  | ORDER REGARDING HEARING
14 |     v.                           | DATE
15 | SUZIE MOY YUEN,                  | Hearing Date: September 6, 2007
   |                                  | Time:         9:30 a.m.
16 |            Defendant.            | Courtroom:    5
17 |                                  | Judge:        Hon. Patricia Trumbull

1  Witness T.R., by and through his attorney Tony West, and Defendant Suzie Moy Yuen, by
2  and through her attorney Mary McNamara, hereby stipulate and agree as follows:
3      1.    A hearing on witness T.R.'s Motion to Quash and/or Modify Defendant's
4  Subpoena Duces Tecum is currently scheduled for September 6, 2007 at 9:30 a.m.
5      2.    Defendant Suzie Moy Yuen is scheduled to come before this court to enter her
6  plea on September 10, 2007.
7      3.    In light of the change of plea, witness T.R. will withdraw his Motion to Quash
8  and/or Modify Defendant's Subpoena Duces Tecum and requests that the hearing be taken off
9  calendar.
10 IT IS SO STIPULATED.
11 Dated: September 5, 2007

TONY WEST
MORRISON & FOERSTER LLP

By: /s/ Tony West
    Attorneys for Victim/Witness
    T. R.

Dated: September 5, 2007

MARY MCNAMARA
SWANSON & MCNAMARA LLP

By: /s/ Mary McNamara
    Attorneys for Defendant
    SUZIE MOY YUEN

1
2   I, Tony West, and the ECF User whose ID and password are being used to file this
3   Stipulation and [Proposed] Order. In compliance with General Order X.B., I hereby attest that
4   Mary McNamara, counsel for Defendant Suzie Moy Yuen, concurs in this filing.
5   Dated: September 5, 2007

                                TONY WEST
6                               MORRISON & FOERSTER LLP
7
8                               By:   /s/ Tony West
                                      Attorneys for Victim/Witness
9                                     T.R.

Pursuant to the Stipulation,
IT IS HEREBY ORDERED.

Patricia V. Trumbull
US Magistrate Judge
9/6/07