1  GILBERT EISENBERG (SBN 28900)
   400 Montgomery Street, Second Floor
2  San Francisco, CA 94104
   Facsimile: 415-296-8734
3  Telephone: 415-433-3476

4
   Attorney for Defendant
5  SUZIE MOY YUEN



6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,        )   No. CR 06-00238-JW
12                                  )
         Plaintiff,                 )
13                                  )   **STIPULATION TO AMEND TRAVEL**
      v.                            )   **ORDER AND [PROPOSED] ORDER**
14                                  )
   SUZIE MOY YUEN,                  )
15                                  )
         Defendant.                 )
16  _____)

17       IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,

18  Assistant U.S. Attorney CARLOS SINGH, and counsel for the Defendant, SUZIE MOY YUEN,

19  GILBERT EISENBERG, that the Travel Order dated November 9, 2007 permitting defendant

20  SUZIE MOY YUEN to travel to Las Vegas, Nevada to visit relatives between November 21 and

21  November 25, 2007 be amended to permit defendant to return to the Northern District of

22  California on November 26, 2007. This request is made because by returning on November 26,

23  2007 the defendant will save $150.00 in air fare. All other conditions of the Order dated

24  November will remain the same. Pretrial Services Officer Nero advised counsel for defendant on

25  November 13, 2007 that she has no objection to the requested plans, under the conditions

26  previously Ordered. Counsel for Defendant represents that AUSA CARLOS SINGH has

27  authorized Counsel to prepare the below signature block indicating Mr. Singh's signature.

28  Dated this 14th day of November, 2007.

STIPULATION TO AMEND TRAVEL ORDER AND [PROPOSED] ORDER
-1-

/s/   Carlos Singh
CARLOS SINGH
Assistant United States Attorney

Dated this 14th day of   November, 2007.

/s/  Gilbert Eisenberg
GILBERT EISENBERG,
Counsel for SUZIE MOY YUEN

IT IS SO ORDERED.

Dated this __14__ day of  November, 2007.

PATRICIA V. TRUMBULL
U. S. Magistrate Judge

STIPULATION  TO AMEND TRAVEL ORDER AND [PROPOSED] ORDER
-2-