GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
SUZIE MOY YUEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUZIE MOY YUEN, ) <br> ) <br> Defendant. ) | No. CR 06-00238-JW <br><br> **STIPULATION AND [PROPOSED] TRAVEL ORDER** |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney CARLOS SINGH, and counsel for the Defendant, SUZIE MOY YUEN, GILBERT EISENBERG, that defendant SUZIE MOY YUEN may travel outside the Northern District of California, from December 18, 2007 to December 28, 2007, to Las Vegas, Nevada to visit relatives. Prior to travel, Suzie Moy Yuen agrees to provide Pretrial Services Officer Michelle Nero with her contact information, including, the place where she will be staying and a telephone number where she can be reached. Pretrial Services Officer Nero advised counsel for defendant on December 6, 2007 that she has no objection to the requested plans, under the conditions proposed herein. Counsel for Defendant represents that AUSA CARLOS SINGH has authorized Counsel to prepare the below signature block indicating Mr. Singh's signature.

Dated this 6th day of December, 2007.

/s/   Carlos Singh

STIPULATION TO TRAVEL AND [PROPOSED] ORDER

|   |   |
|---|---|
|   | CARLOS SINGH<br>Assistant United States Attorney |

Dated this 6th day of December, 2007.

/s/ Gilbert Eisenberg
GILBERT EISENBERG,
Counsel for SUZIE MOY YUEN

IT IS SO ORDERED.

Dated this __6__ day of December, 2007.

PATRICIA V. TRUMBULL
U. S. Magistrate Judge

STIPULATION TO TRAVEL AND [PROPOSED] ORDER
-2-