JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
JOSEPH FAZIOLI (ILSBN 6273413)
Assistant United States Attorneys

Attorney for Plaintiff
United States of America

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5065
    Fax: (408) 535-5066
    E-Mail: carlos.singh@usdoj.gov

**GRANTED**
Judge James Ware
1/9/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SUZIE MOY YUEN,<br><br>    Defendant | No. CR 06-00238-JW<br><br>STIPULATION AND ORDER<br>RE: RELEASE OF ANNUITY/RETIREMENT<br>FUND TO VICTIM |

On October 9, 2007, Ms. Yuen pled guilty to count one of the indictment charging mail fraud in violation of 18 U.S.C. §§ 1341 and 1346 and count eight of the indictment charging willfully subscription to false tax returns in violation of 26 U.S.C. § 7206(1).

In paragraph 8 of her plea agreement, Ms. Yuen agreed to make restitution as specified in Attachment A of the agreement. She agreed to release the items listed in Attachment to the victim, T.R., within ten days of the change of plea hearing. Per Ms. Yuen's agreement, the Court ordered that the items listed in Attachment A be released to T.R. within ten days. Among the items Ms. Yuen agreed to release was an annuity/retirement fund that her former employer and victim, T.R., had established for her. A supplement to Attachment A identified the annuity/retirement fund. That supplement is attached to this stipulation and order.

STIPULATION AND ORDER                        1

Government counsel has learned that T.R. has attempted to obtain the annuity/retirement fund from ING USA Annuity and Life Insurance Company. However, the insurance company has requested a specific court order releasing all assets in the annuity/retirement fund to T.R.

Thus, the parties stipulate to an order requiring ING USA Annuity and Life Insurance Company to release the annuity/retirement fund, as identified in the Supplement to Attachment A, to T.R.

| /S/ | 1/8/08 | /S/ | 1/8/08 |
|---|---|---|---|
| Gilbert Eisenberg, Esq. | Date | Carlos Singh | Date |
| Mary McNamara, Esq. | | Assistant United States Attorney | |
| Counsel for Suzie M. Yuen | | | |

STIPULATION AND ORDER  2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | IN THE UNITED STATES DISTRICT COURT |
| 8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00238-JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RE: RELEASE OF ANNUITY/RETIREMENT FUND TO VICTIM |
| SUZIE MOY YUEN, | ) | |
| Defendant | ) | |

Upon consideration of the stipulation of the parties and there being good cause,

IT IS HEREBY ORDERED that ING USA Annuity and Life Insurance Company shall release all assets associated with the annuity/retirement, as identified in the attached "Supplement to Attachment A" to Theodore Rosenberg.

DATED: January 9, 2008

JAMES WARE
United States District Judge

STIPULATION AND ORDER                             3

## Supplement to Attachment A

The government has identified an annuity/retirement fund (ING USA Annuity and Life Insurance Company, Contract Number: 90078534, Plan Type 1853/Qualified/Other, Contract Date 11/09/2001) that was given to me by my former employer (T.R.). Suzie Yuen agrees to surrender the corpus, assets and proceeds of the annuity to T.R. for purposes of restitution and in accordance with paragraph 8 and note 2 of the plea agreement.