GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
SUZIE MOY YUEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00238-JW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] TRAVEL ORDER** |
| SUZIE MOY YUEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney JOSEPH FAZIOLI, and counsel for the Defendant, SUZIE MOY YUEN, GILBERT EISENBERG, that defendant SUZIE MOY YUEN may travel outside the Northern District of California, from May 14, 2008 to May 17, 2008, to Las Vegas, Nevada to visit relatives. Prior to travel, Suzie Moy Yuen agrees to provide Pretrial Services Officer Michelle Nero with her contact information, including, the place where she will be staying and a telephone number where she can be reached. Pretrial Services Officer Nero advised counsel for defendant on May 12, 2008 that she has no objection to the requested plans, under the conditions proposed herein. Counsel for Defendant represents that AUSA JOSEPH FAZIOLI has authorized Counsel to prepare the below signature block indicating Mr. FAZIOLI's signature.

Dated this 12th day of May, 2008.

/s/   Joseph Fazioli

STIPULATION TO TRAVEL AND [PROPOSED] ORDER
-1-

JOSEPH FAZIOLI
Assistant United States Attorney

Dated this 12th day of May, 2008.

/s/ Gilbert Eisenberg
GILBERT EISENBERG,
Counsel for SUZIE MOY YUEN

IT IS SO ORDERED.

Dated this 12 day of May, 2008.

PATRICIA V. TRUMBULL
U. S. Magistrate Judge

STIPULATION TO TRAVEL AND [PROPOSED] ORDER
-2-