1  GILBERT EISENBERG (SBN 28900)
   400 Montgomery Street, Second Floor
2  San Francisco, CA 94104
   Facsimile: 415-296-8734
3  Telephone: 415-433-3476

4
   Attorney for Defendant
5  SUZIE MOY YUEN

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,       )    No. CR 06-00238-JW
12                                 )
         Plaintiff,                )
13                                 )    **STIPULATION TO AMEND TRAVEL**
      v.                           )    **ORDER   AND**
14                                 )    **[ XXXXXXXXX D] AMENDMENT TO**
   SUZIE MOY YUEN,                 )    **TRAVEL  ORDER**
15                                 )
         Defendant.                )
16 _____ )

17

18
          IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,
19
   Assistant U.S. Attorney JOSEPH FAZIOLI, and counsel for the Defendant, SUZIE MOY
20
   YUEN, GILBERT EISENBERG, that the Travel Order, dated May 12, 2008, be amended to
21
   allow  defendant SUZIE MOY YUEN to return to this district from Las Vegas, Nevada on May
22
   19, 2008 instead of May 17, 2008. The reason for this amendment is to permit defendant to
23
   arrange for the placement of her mother in a permanent health care facility due to the change in
24
   the health condition of defendants mother in the last few days.  Counsel for Defendant represents
25
   that he has left a voice mail message for  AUSA JOSEPH FAZIOLI about this matter and as of
26
   the preparing of this document (1:35 PM) has not spoken to Mr. Fazioli. It is counsel's belief that
27
   Mr. Fazioli would not object to this application.  Counsel for defendant has spoken to Pretrial
28
   Service Officer Michelle Nero today and Ms. Nero acknowledged that she has received a

   STIPULATION   TO TRAVEL AND [PROPOSED] ORDER
                                       -1-

1  voicemail message from Ms. Yuen explaining the situation and Ms. Nero has no objection.
2  Counsel has spoken to Ms. Yuen in the last 15 minutes and she has advised that she will return to
3  this district before midnight today and has made an appointment to see Ms. Nero tomorrow
4  morning at 10 AM.

5  Dated this 19th day of May, 2008.

JOSEPH FAZIOLI
Assistant United States Attorney

8  Dated this 19th day of May, 2008.

/s/ Gilbert Eisenberg
GILBERT EISENBERG,
Counsel for SUZIE MOY YUEN

IT IS SO ORDERED.
Dated this __19__ day of May, 2008.

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
U. S. Magistrate Judge

STIPULATION TO TRAVEL AND [PROPOSED] ORDER
-2-